Dismissed and Memorandum Opinion filed March 25, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00060-CV

____________

 

CAU CHIN AND TRUC LAM MEDIATION CENTER, INC., Appellants

 

V.

 

T. H. UNITED, INC., Appellee

 



 

On Appeal from the
234th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-21543

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 16, 2009.  On March 15, 2010,
appellants filed a motion to dismiss the appeal because the case has settled.  
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Frost, Boyce, and Sullivan.